## United States Trustee Program - Chapter 11
## Monthly Operating Report
### Region 13 - [District] District of [State]

**Case Name:** Cantrell Drug Company, Inc.

**Case Number:** 4:17-bk-16012-J

**Reporting MM/DD/YY:** January 31, 2018

**Date Bankruptcy Filed:** November 7, 2017

**E-MAIL THIS UST MOR FORM BY THE 21ST OF THE FOLLOWING MONTH TO:** Robert.S.Baber@usdoj.gov
THE FILE NAME SHOULD INCLUDE: [MOR][CASE NUMBER][MONTH][YEAR] (e.g., MOR-06-12345-01-2007.pdf or .xls)

**E-MAIL BANK STATEMENTS SEPARATELY BY THE 21ST OF THE FOLLOWING MONTH TO:** Robert.S.Baber@usdoj.gov
THE FILE NAME SHOULD INCLUDE: [BANK][CASE NUMBER][MONTH][YEAR] (e.g., BANK-06-12345-01-2007.pdf )

Monthly Chapter 11 **Statement of Household Activity** - used by all individuals to report personal/household activity.

Monthly Chapter 11 **Business** Operating Report - used to report ALL business activity.

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC. 1001

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

I certify under penalty of perjury that the operating report for above stated month and year is true and correct.

**Date Submitted:** 02/21/2018

**Signed:**

**Title:** CEO

**Printed Name:** James L. McCarley, Jr.

Cantrell Drug Company, Inc.
4:17-bk-16012-J
January 31, 2018
November 7, 2017

## BALANCE SHEET (Assets)

| | FILING DATE 11/07/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash (business accounts) | 223,326.38 | 34,766.88 | 198,371.20 | 539,783.82 | - | - | - | - |
| Cash (household accounts) | - | - | - | - | - | - | - | - |
| Accounts Receivable (Sch A) | 395,423.33 | 437,595.53 | 412,639.09 | 372,380.20 | - | - | - | - |
| Inventory | 1,445,455.86 | 1,647,942.02 | 1,435,427.96 | 1,320,821.69 | - | - | - | - |
| Prepaid Expenses/Deposits | 162,342.06 | 194,260.56 | 235,625.96 | 259,616.02 | - | - | - | - |
| Other | 253,656.60 | 246,191.97 | 245,891.97 | 245,641.97 | - | - | - | - |
| **TOTAL CURRENT ASSETS** | 2,480,204.23 | 2,560,756.96 | 2,527,956.18 | 2,738,243.70 | - | - | - | - |
| | | | | | | | | |
| **FIXED ASSETS** | | | | | | | | |
| Cost (Sch B) | 5,521,771.49 | 5,523,171.81 | 5,579,190.81 | 5,579,190.81 | - | - | - | - |
| Accumulated Depreciation | 2,935,163.18 | 2,967,953.21 | 3,000,743.24 | 3,033,533.27 | - | - | - | - |
| **NET BOOK VALUE** | 2,586,608.31 | 2,555,218.60 | 2,578,447.57 | 2,545,657.54 | - | - | - | - |
| | | | | | | | | |
| **OTHER ASSETS** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **TOTAL ASSETS** | 5,066,812.54 | 5,115,975.56 | 5,106,403.75 | 5,283,901.24 | - | - | - | - |

Cantrell Drug Company, Inc.
4-17-bk-16012-J
January 31, 2018
November 7, 2017

## BALANCE SHEET (Liabilities & Equity)

| | FILING DATE 11/07/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| Post Petition Debt (Sch C) | | 538,586.42 | 557,300.82 | 584,985.46 | - | - | - | - |
| | | | | | | | | |
| **Pre Petition Debt** | | | | | | | | |
| Secured | 2,412,499.60 | 2,414,051.94 | 2,379,698.15 | 2,358,449.20 | - | - | - | - |
| Unsecured Priority | 76,827.30 | - | - | - | - | - | - | - |
| Unsecured Non-Priority | 5,186,383.36 | 5,072,797.28 | 5,062,085.33 | 5,067,947.43 | - | - | - | - |
| Other | - | | | - | - | - | - | - |
| **TOTAL LIABILITIES** | 7,675,710.26 | 8,025,435.64 | 7,999,084.30 | 8,011,382.09 | - | - | - | - |
| | | | | | | | | |
| **EQUITY** | | | | | | | | |
| Preferred & Common Stock | 89,830.59 | 89,830.59 | 89,830.59 | 89,830.59 | - | - | - | - |
| Add'l Paid-In-Capital/Owner draws | - | 50,000.00 | 50,000.00 | 50,000.00 | - | - | - | - |
| Retained Earnings/Net Assets | | | | | | | | |
|   - through filing date | (2,698,728.31) | ############ | (2,698,728.31) | (2,698,728.31) | ############ | ############ | ############ | ############ |
|   - post filing date | | (300,562.36) | (333,782.83) | (168,583.13) | - | - | - | - |
| Individual Debtor Capital (Sole Proprietor) | | | | | | | | |
|   - through filing date (household net worth) | - | - | - | - | - | - | - | - |
|   - post filing date (change in household cash) | - | - | - | - | - | - | - | - |
| **TOTAL EQUITY** | (2,608,897.72) | ############ | (2,892,680.55) | (2,727,480.85) | ############ | ############ | ############ | ############ |
| | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 5,066,812.54 | 5,115,975.56 | 5,106,403.75 | 5,283,901.24 | ############ | ############ | ############ | ############ |

Cantrell Drug Company, Inc.
4:17-bk-16012-J
January 31, 2018
November 7, 2017

## INCOME (LOSS) STATEMENT

| | FILING DATE thru MONTH END 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING (MONTH4) | MONTH ENDING (MONTH5) | MONTH ENDING (MONTH6) | MONTH ENDING (MONTH7) |
|---|---|---|---|---|---|---|---|
| **GROSS SALES** | 360,805.73 | 1,056,622.07 | 1,364,537.78 | - | - | - | - |
| | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | |
| Materials | 94,725.36 | 202,226.61 | 286,656.66 | - | - | - | - |
| Direct Labor | - | - | - | - | - | - | - |
| Manufacturing Overhead | - | - | - | - | - | - | - |
| Total Cost of Goods Sold | 94,725.36 | 202,226.61 | 286,656.66 | - | - | - | - |
| | | | | | | | |
| **GROSS PROFIT** | 266,080.37 | 854,395.46 | 1,077,881.12 | - | - | - | - |
| | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | |
| Sales & Marketing | - | - | 6,356.33 | - | - | - | - |
| Executive & Mgmt Salaries | 57,692.32 | 57,692.32 | 57,692.32 | - | - | - | - |
| Office & Other Salaries | 438,055.95 | 283,708.56 | 360,510.85 | - | - | - | - |
| Fringe Benefits (pr taxes) | 46,888.64 | 39,146.88 | 41,261.96 | - | - | - | - |
| Rent | 30,588.45 | 32,000.00 | 32,000.00 | - | - | - | - |
| Travel & Entertainment | 455.26 | 1,330.42 | 8,287.82 | - | - | - | - |
| Attorney Fees | - | 3,000.00 | - | - | - | - | - |
| Insurance | 17,570.75 | 53,566.62 | 58,805.80 | - | - | - | - |
| Other Professional Fees | 71,625.00 | 74,185.00 | 107,087.50 | - | - | - | - |
| Dues & Subscriptions | (235.00) | 251.06 | 410.95 | - | - | - | - |
| Telecommunications | 8,502.01 | 9,083.98 | 6,774.51 | - | - | - | - |
| Office Supplies | 710.43 | 1,881.48 | 1,746.37 | - | - | - | - |
| Other (complete subsequent tab) | (139,064.36) | 265,761.65 | 183,560.84 | - | - | - | - |
| **TOTAL OPERATING EXPENSES** | 532,789.45 | 821,607.97 | 864,495.25 | - | - | - | - |
| | | | | | | | |
| **OPERATING INCOME (LOSS)** | (266,709.08) | 32,787.49 | 213,385.87 | - | - | - | - |
| | | | | | | | |
| **OTHER EXPENSES** | | | | | | | |
| USTP Quarterly Fees | - | - | 4,875.00 | - | - | - | - |
| Depreciation & Amortization | 32,790.03 | 32,790.03 | 32,790.03 | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - |
| Interest (net) | 1,063.25 | 31,776.66 | 10,521.14 | - | - | - | - |
| **TOTAL OTHER EXPENSES** | 33,853.28 | 64,566.69 | 48,186.17 | - | - | - | - |
| | | | | | | | |
| **OTHER INCOME** | - | - | - | - | - | - | - |
| | | | | | | | |
| **NET INCOME (LOSS)** | (300,562.36) | (31,779.20) | 165,199.70 | - | - | - | - |

**Cantrell Drug Company, Inc.**
4:17-bk-16012-J
January 31, 2018
November 7, 2017

| | FILING DATE thru MONTH END 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|
| | | | OTHER EXPENSES | | | | |
| Finished Goods Inventory Adj. | (214,633.50) | 86,922.30 | 40,915.22 | - | - | - | - |
| Advertising | 204.02 | 75.00 | - | - | - | - | - |
| Automobile Expense | | 40.00 | | | | | |
| Bank Service Charges | 356.78 | 670.05 | 318.46 | - | - | - | - |
| Cleanroom Expenses | 1,200.00 | 1,950.00 | 728.25 | - | - | - | - |
| Computer Costs/Supplies | 939.12 | 11,704.52 | 13,036.48 | - | - | - | - |
| Continuing Education | 814.00 | - | 86.00 | - | - | - | - |
| Contract Labor | 228.90 | - | - | - | - | - | - |
| Delivery Service | | 405.92 | 160.47 | | | | |
| Employee Background Checks | 61.00 | - | - | - | - | - | - |
| Employee Benefits | | 134.84 | 172.34 | | | | |
| Employee Drug Testing | 165.00 | 66.00 | - | - | - | - | - |
| Equipment General | 165.53 | 882.44 | 687.52 | - | - | - | - |
| Equipment Maintenance | 1,712.44 | 924.52 | 1,199.00 | - | - | - | - |
| Facility Maintenance | 216.96 | 469.00 | | | | | |
| Factoring Expense | | 9,325.08 | 24,713.78 | | | | |
| Freight | 2,050.99 | 10,827.09 | 15,450.00 | | | | |
| Hippa Expense | 444.50 | 370.88 | 60.44 | | | | |
| Janitorial | | | 735.75 | | | | |
| Licenses and Permits | 930.00 | 30,354.79 | 7,645.26 | | | | |
| Mini Storage Rental | | 704.85 | 466.35 | | | | |
| Postage | 231.50 | 219.70 | 250.00 | | | | |
| Production Expense | | 39,956.89 | 3,280.23 | | | | |
| Repairs | | 495.76 | 3,429.03 | | | | |
| Research & Product Development | 5,700.00 | 300.00 | 9,880.00 | | | | |
| Property Taxes | 6,411.58 | 12,823.16 | | | | | |
| Supplies | | 866.85 | 1,586.59 | | | | |
| Testing-Compounding | 32,364.74 | 44,874.85 | 23,938.00 | | | | |
| Uniforms | 5,122.64 | 6,548.10 | 5,451.04 | | | | |
| Utilities | 16,249.44 | 3,849.06 | 28,586.01 | | | | |
| Warehousing Expense | | | 784.62 | | | | |
| **TOTAL OTHER EXPENSES** | (139,064.36) | 265,761.65 | 183,560.84 | - | - | - | - |

## CASH FLOW STATEMENT

Cantrell Drug Company, Inc.
4:17-bk-16012-J
January 31, 2018
November 7, 2017

| | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING (MONTH4) | MONTH ENDING (MONTH5) | MONTH ENDING (MONTH6) | MONTH ENDING (MONTH7) |
|---|---|---|---|---|---|---|---|
| Current Month Cash (business accounts) | 34,766.88 | 198,371.20 | 539,783.82 | - | - | - | - |
| Prior Month Cash (business accounts) | 223,326.38 | 42,566.77 | 198,371.20 | - | - | - | - |
| NET CASH INCREASE (DECREASE) | (188,559.50) | 155,804.43 | 341,412.62 | - | - | - | - |
| | | | | | | | |
| **SOURCES (USES) OF CASH** | | | | | | | |
| Net Income (Loss) | (300,562.36) | (16,042.54) | 165,199.70 | - | - | - | - |
| Add: Non-cash (dep & amort) | 32,790.03 | 32,790.03 | 32,790.03 | - | - | - | - |
| Cash Generated from Operations | (267,772.33) | 16,747.49 | 197,989.73 | - | - | - | - |
| | | | | | | | |
| **ADD: (enter as positive)** | | | | | | | |
| *Decrease in Assets* | | | | | | | |
| Accounts Receivable | - | 14,190.09 | 40,258.89 | - | - | - | - |
| Inventory | - | 212,514.06 | 114,606.27 | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - |
| Other Current Assets | - | - | 250.00 | - | - | - | - |
| Fixed Assets | - | - | - | - | - | - | - |
| Additional Paid In Capital | - | 50,000.00 | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| *Increase in Liabilities* | | | | | | | |
| Post Petition Debt | 460,623.92 | | 27,280.58 | - | - | - | - |
| Pre Petition Debt | 7,963.92 | - | - | - | - | - | - |
| | | | | | | | |
| **SUBTRACT: (enter as negative)** | | | | | | | |
| *Increase in Assets* | | | | | | | |
| Accounts Receivable | (42,172.20) | - | - | - | - | - | - |
| Inventory | (202,486.16) | - | - | - | - | - | - |
| Prepaid Expenses | (24,115.00) | (41,185.40) | (23,990.06) | - | - | - | - |
| Other Current Assets | (338.87) | - | - | - | - | - | - |
| Fixed Assets | (1,400.32) | (56,015.00) | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| *Decrease in Liabilities* | | | | | | | |
| Post Petition Debt | - | (12,904.66) | (14,982.79) | - | - | - | - |
| Pre Petition Debt | (118,862.46) | (27,542.15) | - | - | - | - | - |
| | | | | | | | |
| **TOTAL SOURCES (USES) OF CASH** | 79,212.83 | 139,056.94 | 143,422.89 | - | - | - | - |
| | | | | | | | |
| **NET CASH INCREASE (DECREASE)** | (188,559.50) | 155,804.43 | 341,412.62 | - | - | - | - |

Cantrell Drug Company, Inc.

4:17-bk-16012-J
January 31, 2018
November 7, 2017

## Schedule of A/R AGING

| | Date | TOTAL ACCOUNTS RECEIVABLE | 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 - 120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|---|
| Filing Date | 7-Nov-17 | 395,423.33 | 388,096.84 | 1,697.19 | 48,119.06 | 569*60.86 | (99,450.62) |
| % of Total | | 100% | 98% | 0% | 12% | #VALUE! | -25% |
| | | | | | | | |
| Month Ending | November-17 | 437,595.53 | 416,405.20 | 39,527.60 | 1,523.75 | 58,026.09 | (77,887.11) |
| % of Total | | 100% | 95% | 9% | 0% | 13% | -18% |
| | | | | | | | |
| Month Ending | December-17 | 412,639.09 | 348,178.41 | 52,234.25 | 32,584.18 | 811.13 | (21,168.88) |
| % of Total | | 100% | 84% | 13% | 8% | 0% | -5% |
| | | | | | | | |
| Month Ending | January-18 | 372,380.20 | 269,449.33 | 40,686.69 | 43,796.45 | 38,805.48 | (20,357.75) |
| % of Total | | 100% | 72% | 11% | 12% | 10% | -5% |
| | | | | | | | |
| Month Ending | [MONTH4] | | | | | | |
| % of Total | | | | | | | |
| | | | | | | | |
| Month Ending | January-18 | | | | | | |
| % of Total | | | | | | | |
| | | | | | | | |
| Month Ending | [MONTH6] | | | | | | |
| % of Total | | | | | | | |

Cantrell Drug Company, Inc.
4:17-bk-16012-J
January 31, 2018
November 7, 2017

## Schedule of FIXED ASSETS

| | FILING DATE 11/07/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|---|
| Building | - | - | - | - | - | - | - | - |
| Land | 383,000.00 | 383,000.00 | 383,000.00 | 383,000.00 | - | - | - | - |
| Improvements | 580,228.99 | 580,228.99 | 591,368.99 | 591,368.99 | - | - | - | - |
| Office Furniture & Equipment | 294,082.97 | 294,082.97 | 294,082.97 | 294,082.97 | - | - | - | - |
| Shop Machinery & Equipment | 2,001,420.48 | 2,002,820.80 | 2,036,755.80 | 2,036,755.80 | - | - | - | - |
| PCI/Lan/Mainframe | 698,623.47 | 698,623.47 | 709,567.47 | 709,567.47 | - | - | - | - |
| Automobile | 211,376.49 | 211,376.49 | 211,376.49 | 211,376.49 | - | - | - | - |
| Boat/Airplane | - | - | - | - | - | - | - | - |
| Intangibles | - | - | - | - | - | - | - | - |
| Other _Equipment - MA_ | 914,378.00 | 914,378.00 | 914,378.00 | 914,378.00 | - | - | - | - |
| Other _Future Facility_ | 438,661.09 | 438,661.09 | 438,661.09 | 438,661.09 | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| TOTAL | 5,521,771.49 | 5,523,171.81 | 5,579,190.81 | 5,579,190.81 | - | - | - | - |

Cantrell Drug Company, Inc.
4:17-bk-16012-J
January 31, 2018
November 7, 2017

## Schedule of POST PETITION DEBT

| | FILING DATE 11/07/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | - | 175,607.42 | 342,010.18 | 313,976.85 | - | - | - | - |
| **TAXES PAYABLE** | | | | | | | | |
| Federal payroll taxes | - | 136,889.76 | 13,071.97 | 13,605.61 | - | - | - | - |
| State payroll taxes | - | 26,594.50 | 13,607.42 | 14,148.96 | - | - | - | - |
| Local payroll taxes | - | - | - | - | - | - | - | - |
| State sales taxes | - | - | - | - | - | - | - | - |
| Real taxes/personal prop. taxes | - | - | - | - | - | - | - | - |
| Other _Payroll Liabilities-Other | - | 58,881.20 | 39,623.88 | 32,996.23 | - | - | - | - |
| TOTAL TAXES PAYABLE | - | 222,365.46 | 66,303.27 | 60,750.80 | - | - | - | - |
| **OTHER LIABILITIES** | | | | | | | | |
| Post petition secured debt | - | - | - | - | - | - | - | - |
| Accrued interest payable | - | - | - | - | - | - | - | - |
| Other _Accrued Freight | - | 3,464.71 | 4,818.49 | 6,758.92 | - | - | - | - |
| Other _Accrued Salaries | - | 137,148.83 | 125,532.00 | 178,091.92 | - | - | - | - |
| Other _Accrued Interest | - | - | 18,636.88 | 25,406.97 | - | - | - | - |
| TOTAL OTHER LIABILITIES | - | 140,613.54 | 148,987.37 | 210,257.81 | - | - | - | - |
| TOTAL POST PETITION DEBT | - | 538,586.42 | 557,300.82 | 584,985.46 | - | - | - | - |

| Cantrell Drug Company, In |  |
|---|---|
| 4:17-bk-16012-J | **Summary of SIGNIFICANT ITEMS** |
| January 31, 2018 | |
| November 7, 2017 | |

1. **INSURANCE COVERAGE**

| | Carrier or Agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | Beazley | 1000000 | 03/15/18 | |
| Excess Liability (Umbrella) | Starstone | 5000 | 03/15/18 | |
| Automobile Liability | RSUI | 6000000 | 03/15/18 | |
| Automobile Collision | Travelers | 1000000 | 08/23/18 | |
| Errors & Omissions | | | | |
| Directors & Officers | Lloyd's | 1000000 | 03/15/18 | |
| Crime/Employee Theft | | | | |
| Other _Excess Liability_____ | RSUI | 6000000 | 03/15/18 | |
| Other _Excess Liability_____ | NAS | 3000000 | 03/15/18 | |
| Other _Excess Liability_____ | Arch | 5000000 | 03/15/18 | |
| Other _Excess Liability_____ | Lloyd's | 5000000 | 03/15/18 | |

2. **PAYMENTS to SECURED CREDITORS**

| Payee | Description | Current Month Amount Paid | Total Paid Post Petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Cantrell Drug Company, In |
|---|
| 4:17-bk-16012-J |
| January 31, 2018 |
| November 7, 2017 |

# Summary of SIGNIFICANT ITEMS

**3.   PAYMENTS to TAX ENTITIES (Current Month)**

| | Date Paid | Amount Paid | Post Petition Taxes Unpaid |
|---|---|---|---|
| Federal Payroll Taxes* | | | 13,605.61 |
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| FUTA | | | |
| State Payroll Taxes withheld | | | 14,148.96 |
| SUTA | | | |
| State Sales & Use Taxes | | | |
| Property Taxes | | | |
| Other | | | |

*Includes employee Federal Income Taxes withheld, employee FICA taxes withheld, employee Medicare taxes withheld, employer FICA match and employer Medicare match.

**4.   PAYMENTS of COMPENSATION (Current Month)**

| Name | Amount | Date of Court Order |
|---|---|---|
| Dell McCarley | 42,307.00 | |
| Lynn Mc Carley | 15,384.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |

List all payments made ot owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations

| Cantrell Drug Company, In | |
| --- | --- |
| *4:17-bk-16012-J* | **Summary of SIGNIFICANT ITEMS** |
| *January 31, 2018* | |
| *November 7, 2017* | |

## 5.  PAYMENTS to PROFESSIONALS (Current Month)

| Name | Amount | Date of Court Order |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 6.  RECORD of DISBURSEMENTS AND PAYMENTS of QUARTERLY FEES

| Period Ending | Total Disbursements | Quarterly Total | Quarterly Fee | Date Paid | Amount Paid | Check Number |
| --- | --- | --- | --- | --- | --- | --- |
| January | - | | | | | |
| February | - | | | | | |
| March | - | - | | | | |
| April | - | | | | | |
| May | - | | | | | |
| June | - | - | | | | |
| July | - | | | | | |
| August | - | | | | | |
| September | - | - | | | | |
| October | - | | | | | |
| November | - | | | | | |
| December | - | - | | | | |

| Quarterly Disbursement Range | | Fee Due | | Quarterly Disbursement Range | | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| $        - | $   14,999.99 | $      325 | | $   1,000,000.00 | $   1,999,999.99 | $     6,500 |
| $   15,000.00 | $   74,999.99 | $      650 | | $   2,000,000.00 | $   2,999,999.99 | $     9,750 |
| $   75,000.00 | $  149,999.99 | $      975 | | $   3,000,000.00 | $   4,999,999.99 | $   10,400 |
| $  150,000.00 | $  224,999.99 | $   1,625 | | $   5,000,000.00 | $ 14,999,999.99 | $   13,000 |
| $  225,000.00 | $  299,999.99 | $   1,950 | | $ 15,000,000.00 | $ 29,999,999.99 | $   20,000 |
| $  300,000.00 | $  999,999.99 | $   4,875 | | $ 30,000,000.00 | or more | $   30,000 |

## 7.  REPORT OF OTHER SIGNIFICANT EVENTS

Provide date(s) and brief narrative description for any significant management, legal, accounting or other financial events which occurred during the month that are not otherwise reported above.

_____

_____

_____

_____

_____

| Cantrell Drug Company, Inc.<br><br>4:17-bk-16012-J<br><br>January 31, 2018<br>November 7, 2017 | **Individual Debtor Statement of Household Activity** |
|---|---|

**Checkbook - Beginning Bal**                                    $        -

Cash Receipts:
    Salary - husband                    _____
    Salary - wife                          _____
    Commissions                          _____
    Business Draws                      _____
    Rental Property Income          _____
    Pension/Retirement                 _____
    Unemployment                        _____
    Interest/Dividends                   _____
    Other (describe)                       _____

**Total Receipts**                                    _____  -

Cash Disbursements:
    Mortgage/Rent                         _____
    Auto *(loan payment)*               _____
    Utilities *(water, gas, electric)*   _____
    Food                                       _____
    Clothing                                   _____
    Transportation *(gas, bus fare, insurance)*  _____
    Repairs/Maintenance               _____
    Medical/Dental *(insurance, out-of-pocket)*  _____
    Taxes                                      _____
    Telephone/Internet/Cable         _____
    Tuition/Education                     _____
    Child Care                               _____
    Charitable Contributions           _____
    Recreation                               _____
    Domestic Ordered Payments     _____
    Union, Professional, Social Dues  _____
    Other (describe)                       _____

**Total Disbursements**                               $        -

**Checkbook - Ending Balance****                      $        -

Monthly change - cash inflow (outflow)*              $        -

*Amount s/b entered into balance sheet equity section

**Amount s/b entered into cash line on balance sheet assets section

| Cantrell Drag Company, Inc. | 4:17-bk-16012-J | January 31, 2018 | November 7, 2017 |
|---|---|---|---|

## Bank Reconciliation

| Bank Name | Simmons Bank | | Account Name | Simmons Bank | |
|---|---|---|---|---|---|
| Balance per Books - beginning of month | | | (11,239.17) | Balance per Bank Stmt - end of month | 11,304.60 |
| Deposits | 35,009.35 | | | Deposit in Transit | |
| Transfers In | 20,193.17 | | | | |
| Add: Total Debits | | 55,202.52 | | Total in Transit | - |
| Checks | 24,716.41 | | | Outstanding Checks | 1,242.54 |
| Bank Charges | 70.00 | | | | |
| Transfers Out | 7,872.34 | | | | |
| Less: Total Credits | | (32,658.75) | | Less: Total Outstanding | (1,242.54) |
| Balance per Books - end of month | | 11,304.60 | | Balance per bank - reconciled | 10,062.06 |

### Checks Outstanding

| Number | Amount | | Number | Amount |
|---|---|---|---|---|
| 1178 | 1,212.54 | | | |
| 1602 | 30.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $   1,242.54 |

| Cantrell Drug Company, Inc. | 4:17-bk-16012-J | | January 31, 2018 | November 7, 2017 |
|---|---|---|---|---|

## Bank Reconciliation

| Bank Name | Regions Bank | | Account Name | Regions Draft Account |
|---|---|---|---|---|
| Balance per Books - beginning of month | | 2,392.08 | Balance per Bank Stmt - end of month | 1,515.57 |
| Deposits | | | Deposit in Transit | |
| Transfers In | | | | |
| Add: Total Debits | | - | Total in Transit | - |
| Checks | | | Outstanding Checks | |
| Bank Charges | | | | |
| Transfers Out | | 876.51 | | |
| Less: Total Credits | | (876.51) | Less: Total Outstanding | - |
| Balance per Books - end of month | | 1,515.57 | Balance per bank - reconciled | 1,515.57 |

### Checks Outstanding

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total | - |

| Cantrell Drug Company, Inc. | 4:17-bk-16012-J | January 31, 2018 | November 7, 2017 |

## Bank Reconciliation

| Bank Name | Regions Bank | Account Name | Regions Checking Account |
|---|---|---|---|
| Balance per Books - beginning of month | 37.16 | Balance per Bank Stmt - end of month | 397.65 |
| Deposits | 500.00 | Deposit in Transit | - |
| Transfers In | | | |
| Add: Total Debits | 500.00 | Total in Transit | |
| Checks | | Outstanding Checks | 8,836.83 |
| Bank Charges | 119.51 | | |
| Transfers Out | 20.00 | | |
| Less: Total Credits | (139.51) | Less: Total Outstanding | (8,836.83) |
| Balance per Books - end of month | 397.65 | Balance per bank - reconciled | (8,439.18) |

### Checks Outstanding

| Number | Amount |
|---|---|
| 15373 | 76.25 |
| 15881 | 26.53 |
| 16938 | 75.00 |
| 17216 | 333.30 |
| 17649 | 155.38 |
| 10699 | 108.50 |
| 19471 | 14.00 |
| 19713 | 65.00 |
| 20786 | 70.00 |
| Paycheck | 110.82 |
| 23034 | 720.00 |
| 23037 | 20 |
| Paycheck | 333.25 |
| 23313 | 200 |
| 23460 | 75 |
| 24825 | 989.81 |
| 24851 | 480 |
| 25040 | 70 |
| 25439 | 1000 |

| Number | Amount |
|---|---|
| 25521 | 61.75 |
| 26016 | 1,500.00 |
| 26435 | 82.24 |
| 26579 | 2,270.00 |
| | |
| | |
| | |
| | |
| | |
| Total | 8,836.83 |

| Cantrell Drug Company, Inc. | 4:17-bk-16012-J | January 31, 2018 | November 7, 2017 |
|---|---|---|---|

## Bank Reconciliation

| Bank Name | First Community Bank | | Account Name | Operating Account | |
|---|---|---|---|---|---|
| Balance per Books - beginning of month | | 364,622.76 | Balance per Bank Stmt - end of month | | 606,492.94 |
| Deposits | 52,168.65 | | Deposit in Transit | | |
| Transfers In | 1,339,410.58 | | | | |
| Add: Total Debits | | 1,391,579.23 | Total in Transit | | - |
| Checks | 337,006.49 | | Outstanding Checks | 69,514.20 | |
| Bank Charges | | | | | |
| Transfers Out | 812,702.56 | | | | |
| Less: Total Credits | | (1,149,709.05) | Less: Total Outstanding | | (69,514.20) |
| Balance per Books - end of month | | 606,492.94 | Balance per bank - reconciled | | 536,978.74 |

**Checks Outstanding**

| Number | Amount |
|---|---|
| 1004 | 1,100.00 |
| 1012 | 342.00 |
| 1075 | 1,118.26 |
| 0 | 207.00 |
| 1088 | 223.65 |
| 1115 | 7,740.00 |
| 1119 | 3,232.80 |
| 1123 | 3,001.00 |
| 1130 | 1,399.05 |
| 1117 | 604.96 |
| 1122 | 534.02 |

| Number | Amount |
|---|---|
| 1137 | 427.60 |
| 1129 | 200.00 |
| 1126 | 66.00 |
| 1139 | 60.00 |
| 1082 | 17.71 |
| 1088 | 34,651.68 |
| 1069 | 11,736.00 |
| 1067 | 70.00 |
| 1102 | 2,182.16 |
| 0 | 430.04 |
| 0 | 170.27 |
| Total | 69,514.20 |

| Cantrell Drug Company, Inc. | 4:17-bk-16012-J | | January 31, 2018 |
|---|---|---|---|
| | **Bank Reconciliation** | | |
| **Bank Name** | First Community Bank | | **Account Name** |
| **Balance per Books - beginning of month** | | 1,950.31 | **Balance per Bank Stmt** |
| Deposits | | | Deposit in Transit |
| Transfers In | 458,943.93 | | |
| Add: Total Debits | | 458,943.93 | Total in Transit |
| Checks | 253,056.85 | | Outstanding Checks |
| Bank Charges | | | |
| Transfers Out | 206,123.20 | | |
| Less: Total Credits | | (459,180.05) | Less: Total Outstanding |
| **Balance per Books - end of month** | | 1,714.19 | **Balance per bank - reco** |

## Checks Outstanding

| Number | Amount |
|---|---|
| 1030 | 1,117.29 |
| 1074 | 379.25 |
| 1196 | 1,143.66 |
| 1184 | 11.57 |
| | |
| | |
| | |
| | |
| | |
| | |

| Number |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |

Total

| November 7, 2017 | |
| --- | --- |
| | |
| Payroll Account | |
| : - end of month | 1,714.19 |
| 600.31 | |
| | 600.31 |
| 2,651.77 | |
| | (2,651.77) |
| nciled | (337.27) |

| Amount |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| 2,651.77 |

Cantrell Drug Company, Inc.

4:17-bk-16012-J

January 31, 2018

November 7, 2017

# Schedule of Edits

| Statement | Edit Description | FILING DATE 11/07/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|---|---|
| B/S | assets = liab + equity | FALSE | TRUE | TRUE | TRUE | FALSE | FALSE | FALSE | FALSE |
| B/S | AR = Sch A | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | F/A - Sch B | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | Post Petition Debt = Sch C | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | Retained Earnings rollfwd | | TRUE | FALSE | FALSE | FALSE | FALSE | TRUE | TRUE |
| B/S | B/S cash bal = CFS cash bal* | FALSE | FALSE | FALSE | FALSE | TRUE | TRUE | TRUE | |
| B/S | B/S cash bal = CFS cash bal** | | FALSE | FALSE | FALSE | FALSE | TRUE | TRUE | |
| CFS | net income = income stmt | | FALSE | FALSE | FALSE | TRUE | TRUE | TRUE | |

*current month

**prior month

2:14 PM

02/20/18

Accrual Basis

# Cantrell Drug Company
## Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Community - Payroll Acct | -337.27 |
| First Comm Bank Operating | 536,978.74 |
| Simmons Bank | 10,062.06 |
| Regions Checking Account | -8,439.18 |
| Regions Draft Account | 1,515.57 |
| Petty Cash | 3.90 |
| **Total Checking/Savings** | 539,783.82 |
| **Accounts Receivable** | |
| Comp Accounts Receivable | 102,930.87 |
| **Total Accounts Receivable** | 102,930.87 |
| **Other Current Assets** | |
| A/R-AR Funding | 269,449.33 |
| Prepaid Consulting Expense | 106,782.50 |
| Prepaid Marketing Expense | 43,163.89 |
| Prepaid Expense | 26,000.00 |
| Accounts Receivable-McCarley | 31,055.85 |
| Inventory - Finished Products | 564,683.79 |
| Inventory | 756,137.90 |
| A/R MyWorkShift, Inc. | 356.00 |
| A/R Cantrell Compounding, Inc. | -8,188.14 |
| Prepaid Rent | 2,146.55 |
| A/R Pharmasite LLC | 167,137.10 |
| Prepaid Computer Support | 10,580.00 |
| Prepaid Insurance | 62,959.58 |
| Loan-James McCarley Sr | 381.16 |
| A/R-Dell Pharmaceuticals, Inc. | 900.00 |
| Employee Accounts Receivable | 3,000.00 |
| Loan to Officer | 51,000.00 |
| **Total Other Current Assets** | 2,087,545.51 |
| **Total Current Assets** | 2,730,260.20 |
| **Fixed Assets** | |
| Equipment-MA | 914,378.00 |
| Future Facility | 438,661.09 |
| Leashold Improv 7700 Northshore | 92,091.14 |
| 7323 Cantrell Road | 383,000.00 |
| Equipment | 285,190.26 |
| Vault - DEA Compounding | 60,126.24 |
| Cleanrooms | 647,372.57 |
| Accumulated Amortization | -41,833.33 |
| Software Purchases | 48,000.00 |
| Leasehold Imprv 7321 Cantrell | 373,184.49 |
| Rapid Scan RDI | 176,000.00 |
| Leasehold Improvements | 126,093.36 |
| Automobiles | 211,376.49 |
| Computer Equipment | 661,567.47 |
| Equipment-Compounding | 868,066.73 |
| Furniture & Fixtures | 294,082.97 |
| Accumulated Depreciation | -2,991,699.94 |
| **Total Fixed Assets** | 2,545,657.54 |
| **Other Assets** | |
| Utility Deposits | 7,983.50 |
| **Total Other Assets** | 7,983.50 |
| **TOTAL ASSETS** | 5,283,901.24 |
| **LIABILITIES & EQUITY** | |

2:14 PM
02/20/18
Accrual Basis

# Cantrell Drug Company
# Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---|
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable - Chapter 11 | 313,976.85 |
| Accounts Payable | 3,417,472.68 |
| **Total Accounts Payable** | 3,731,449.53 |
| **Other Current Liabilities** | |
| Accrued Product Returns & Allow | 1,593,098.75 |
| Accrued Freight | 6,758.92 |
| Accrued GPO Expense | 50,965.39 |
| Accrued Interest Expense | 25,406.97 |
| Accrued Property Tax | 6,410.61 |
| Accrued Salaries | 178,091.92 |
| Regions Line of Credit ***8151 | 825,381.64 |
| **Payroll Liabilities** | |
| ROTH 401K Payable | 24.83 |
| 401K Payable | 6,819.98 |
| Federal Income Taxes Withheld | -0.02 |
| FICA Matching | 13,605.63 |
| FUI Payable | 1,670.50 |
| State Income Tax Withheld | 14,148.96 |
| SUI Payable | 3,343.99 |
| Payroll Liabilities - Other | 21,136.93 |
| **Total Payroll Liabilities** | 60,750.80 |
| **Total Other Current Liabilities** | 2,746,865.00 |
| **Total Current Liabilities** | 6,478,314.53 |
| **Long Term Liabilities** | |
| Regions N/P XX60740 | 679,398.76 |
| Regions N/P XX9778 | 71,718.08 |
| Regions N/P Equip Loan **5204 | 27,794.08 |
| Regions N/P Equip Loan **229780 | 90,548.70 |
| Regions N/P XX70430 | 430,796.47 |
| N/P Regions ******99230531 | 232,811.47 |
| **Total Long Term Liabilities** | 1,533,067.56 |
| **Total Liabilities** | 8,011,382.09 |
| **Equity** | |
| ADPIC - Dell | 50,000.00 |
| Capital Stock | 89,830.59 |
| Retained Earnings | -3,032,511.14 |
| Net Income | 165,199.70 |
| **Total Equity** | -2,727,480.85 |
| **TOTAL LIABILITIES & EQUITY** | 5,283,901.24 |

2:15 PM
02/20/18
Accrual Basis

# Cantrell Drug Company
## Profit & Loss
### January 2018

|                                      | Jan 18        |
|--------------------------------------|---------------|
| **Ordinary Income/Expense**          |               |
| **Income**                           |               |
| **Sales**                            |               |
| Compounding                          | 1,364,537.78  |
| **Total Sales**                      | 1,364,537.78  |
| **Total Income**                     | 1,364,537.78  |
| **Cost of Goods Sold**               |               |
| **Purchases**                        |               |
| Compounding-Controlled               | 11,121.00     |
| Product Supplies                     | 201,844.61    |
| **Total Purchases**                  | 212,965.61    |
| **Purchases Inv Adj - Raw Mat'l**    | 73,691.05     |
| **Total COGS**                       | 286,656.66    |
| **Gross Profit**                     | 1,077,881.12  |
| **Expense**                          |               |
| Finished Goods Inventory Adj         | 40,915.22     |
| Bank Service Charges                 | 318.46        |
| Cleanroom Expenses                   | 728.25        |
| Computer Costs/Supplies              | 13,036.48     |
| Continuing Education                 | 86.00         |
| Delivery Service                     | 160.47        |
| Depreciation Expense                 | 32,790.03     |
| Dues and Subscriptions               | 5,285.95      |
| **Employee Benefits**                |               |
| Employee Goodwill                    | 172.34        |
| **Total Employee Benefits**          | 172.34        |
| Equipment General                    | 687.52        |
| Equipment Maintenance                | 1,199.00      |
| **Freight**                          |               |
| Freight Shipping Supplies            | 5,885.04      |
| Freight - Other                      | 9,564.96      |
| **Total Freight**                    | 15,450.00     |
| **HIPPA Expense**                    | 60.44         |
| **Insurance**                        |               |
| Officers Life Insurance              | 126.51        |
| Automobile                           | 320.93        |
| Health Insurance                     | 25,712.71     |
| Liability Insurance                  | 24,694.32     |
| Property                             | 6,066.33      |
| Work Comp                            | 1,885.00      |
| **Total Insurance**                  | 58,805.80     |
| **Factoring Expense**                | 24,713.78     |
| **Interest Expense**                 |               |
| Loan Interest                        | 10,521.14     |
| **Total Interest Expense**           | 10,521.14     |
| Janitorial                           | 735.75        |
| Licenses and Permits                 | 7,645.26      |
| Marketing                            | 6,356.33      |
| Mini Storage Rental                  | 466.35        |
| Office Supplies                      | 1,746.37      |
| **Payroll Expenses**                 |               |
| 401K Company Contributions           | 10,597.02     |
| FICA Matching                        | 26,960.16     |
| FUI                                  | 1,670.50      |

2:15 PM
02/20/18
Accrual Basis

# Cantrell Drug Company
# Profit & Loss
### January 2018

|  | Jan 18 |
|---|---|
| **SUI** | 2,034.28 |
| **Payroll Expenses - Other** | 0.00 |
| **Total Payroll Expenses** | 41,261.96 |
| **Postage** | 250.00 |
| **Production Expense** | 3,280.23 |
| **Professional Fees** |  |
|    **Consulting - Other** | 107,087.50 |
| **Total Professional Fees** | 107,087.50 |
| **Rent** | 32,000.00 |
| **Repairs** |  |
|    **Building** | 135.15 |
|    **Equipment Repairs** | 3,293.88 |
| **Total Repairs** | 3,429.03 |
| **Research & Product Development** | 9,880.00 |
| **Salaries** | 418,203.17 |
| **Supplies** |  |
|    **Office** | 356.47 |
|    **Pharmacy** | 317.63 |
|    **Supplies - Other** | 912.49 |
| **Total Supplies** | 1,586.59 |
| **Telephone** | 6,774.51 |
| **Testing-Compounding** | 23,938.00 |
| **Travel & Ent** |  |
|    **Entertainment** | 189.65 |
|    **Meals** | 359.61 |
|    **Travel** | 7,593.81 |
|    **Travel & Ent - Other** | 144.75 |
| **Total Travel & Ent** | 8,287.82 |
| **Uniforms** | 5,451.04 |
| **Utilities** |  |
|    **Alarm Serv** | 152.60 |
|    **Gas and Electric** | 18,659.64 |
|    **Waste Disposal** | 3,769.66 |
|    **Water** | 1,351.71 |
|    **Utilities - Other** | 4,652.40 |
| **Total Utilities** | 28,586.01 |
| **Total Expense** | 911,896.80 |
| **Net Ordinary Income** | 165,984.32 |
| **Other Income/Expense** |  |
|   **Other Expense** |  |
|    **Warehousing Expense** | 784.62 |
| **Total Other Expense** | 784.62 |
| **Net Other Income** | -784.62 |
| **Net Income** | 165,199.70 |

2:15 PM
02/20/18

# Cantrell Drug Company
## Statement of Cash Flows
### January 2018

|  | Jan 18 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 165,199.70 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Comp Accounts Receivable | 55,022.03 |
| A/R-AR Funding | -14,763.14 |
| Prepaid Consulting Expense | -43,662.50 |
| Prepaid Marketing Expense | 11,721.11 |
| Accounts Receivable-McCarley | 3,250.00 |
| Inventory - Finished Products | 58,450.89 |
| Inventory | 56,155.38 |
| Prepaid Insurance | 7,951.33 |
| Loan-James McCarley Sr | -381.16 |
| Employee Accounts Receivable | -2,618.84 |
| Accounts Payable - Chapter 11 | -28,437.39 |
| Accounts Payable | 6,391.29 |
| Accrued Product Returns & Allow | -125.13 |
| Accrued Freight | 1,940.43 |
| Accrued Interest Expense | 6,770.09 |
| Accrued Salaries | 52,559.92 |
| Regions Line of Credit ***8151 | -21,248.95 |
| Payroll Liabilities | -2,313.19 |
| Payroll Liabilities:ROTH 401K Payable | -2,593.05 |
| Payroll Liabilities:401K Payable | -4,825.88 |
| Payroll Liabilities:FICA Matching | 533.64 |
| Payroll Liabilities:FUI Payable | 1,500.23 |
| Payroll Liabilities:State Income Tax Withheld | 541.54 |
| Payroll Liabilities:SUI Payable | 1,604.24 |
| **Net cash provided by Operating Activities** | 308,622.59 |
| **INVESTING ACTIVITIES** |  |
| Accumulated Depreciation | 32,790.03 |
| **Net cash provided by Investing Activities** | 32,790.03 |
| **Net cash increase for period** | 341,412.62 |
| **Cash at beginning of period** | 198,371.20 |
| **Cash at end of period** | 539,783.82 |