IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: CANTRELL DRUG COMPANY, INC.,      Case No. 4:17-bk-16012-J
        Debtor     Chapter 11

**OBJECTION TO DEBTOR'S MOTION FOR APPROVAL OF
COMPROMISE AND SETTLEMENT WITH PHARMAX SERVICES, INC.,
JAMES L. MCCARLEY, AND LYNN MCCARLEY**

Comes the United States Trustee by Joseph A. DiPietro, Trial Attorney, and for his Objection to Debtor's Motion for Approval of Compromise and Settlement with Pharmax Services, Inc., James L. McCarley, and Lynn McCarley (Doc. #127), respectfully states and alleges:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a) and Local Rule 83.1 of the District Court.

2. On May 15, 2018, Debtor filed its Motion for Approval of Compromise and Settlement with Pharmax Services, Inc., James L. McCarley, and Lynn McCarley (Doc. #127).

3. As disclosed in Debtor's motion, Pharmax Services, Inc.'s ("Pharmax") shares are owned 100% by James L. McCarley. James L. McCarley and Lynn McCarley (the "McCarleys") are the sole shareholders of the Debtor corporation. The McCarleys and Pharmax are insiders as that term is defined by 11 U.S.C. § 101(31).

4. Debtor's motion seeks authority to settle the amount due to the insiders of the debtor corporation for transfers purportedly made by the McCarleys and Pharmax during the one-year period of November 7, 2016 through November 7, 2017 (the petition date).

5. Debtor alleges in its motion that it transferred to Pharmax and the McCarleys $1,957,484.69 during the one-year period preceding the filing of the petition.

6. Debtor's motion alleges that Pharmax and the McCarleys have transferred to Debtor $899,400.00 between July 31, 2017 and May 15, 2018. In addition, Debtor alleges that the McCarleys have also deferred post-petition wages and benefits.

7. Debtor has included in its motion a summary of the insider transactions. This is the first disclosure of said transactions since the filing of the petition on November 7, 2017.

8. Debtor wishes to settle the matter by having Pharmax and the McCarleys paying Debtor $350,000.00, and allowing Pharmax a general unsecured claim of $999,400.00, a Chapter 11 administrative expense claim on behalf of James L. McCarley in the amount of $88,000.00, plus any additional deferred compensation on and after April 27, 2018, and a Chapter 11 administrative expenses claim on behalf of Lynn McCarley in the amount of $32,000.00, plus any additional deferred compensation on and after April 27, 2018.

9. The United States Trustee objects to the motion. The mere summary conclusory information put forth in the Debtor's motion is insufficient to enable creditors to evaluate the insider transactions and reasonableness of the proposed settlement in order to make a considered and independent judgement thereon.

10. The legal standard for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interest of the estate. *In re Adelphia Communications Corp.,* 327 B.R. 143 (S.D.N.Y. 2005).

11. The party seeking court approval of a proposed settlement of preference claims has to show that the proposed settlement is in the best interest of the estate by a preponderance of the evidence. See, *In re Y-Knot Construction, Inc.,* 369 B.R. 405 (8th Cir. BAP 2007).

12. The Debtor should be held to strict proof regarding the list of insider transactions included in Debtor's motion and the reasonableness of the proposed preference settlement.

WHEREFORE, the United States Trustee prays that the Court enter its Order denying the Debtor's Motion, and for all other just and proper relief.

                Respectfully submitted,

                DANIEL A. CASAMATTA
                ACTING UNITED STATES TRUSTEE

By: _____

                JOSEPH A. DiPIETRO, Bar No. 98004
                Trial Attorney
                200 West Capitol Avenue, Suite 1200
                Little Rock, AR 72201
                (501) 324-7357
                Fax: (501) 324-7388
                Joseph A.DiPietro@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that I have mailed a copy of the foregoing pleading to the following interested parties not receiving electronic notification on this June 5, 2018:

Kevin Keech
Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

_____
Joseph A. DiPietro