IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   CANTRELL DRUG COMPANY, INC.,   CASE NO. 4:17-bk-16012-J
Debtor-in-Possession                                         Chapter 11

## *EX PARTE* ORDER OF DISMISSAL

Comes now before the Court the Motion for *Ex Parte* Order of Dismissal of this case filed by the United States Trustee. After consideration of the pertinent pleadings filed therein, the Court finds that the case should be dismissed. It is, therefore

**ORDERED**, that this case be, and is hereby dismissed. It is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee, together with interest, effective ten (10) days from the entry of this Order.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 12/19/2018

Submitted by:
Joseph A. DiPietro
Trial Attorney, Bar No. 98004
Office of United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201
Telephone: (501) 324-7357
Email: Joseph.A.DiPietro@usdoj.gov

EOD: December 19, 2018

cc: United States Trustee
Cantrell Drug Company, Inc., 7700 Northshore Place, North Little Rock, AR 72118
Kevin P. Keech, kkeech@keechlawfirm.com
All parties on matrix